# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## SPARTANBURG DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JOHN DOE 1, AND JOHN DOE 2, <br><br> Plaintiffs, <br> v. <br><br> COLLINS MURPHY, LIMESTONE UNIVERSITY, BRENDA F. WATKINS, SHARON HAMMONDS, MG FREESITES, LTD. d/b/a PORNHUB.COM, <br><br> Defendants. | Case No: 7:22-cv-03576-DCC |

## PLAINTIFFS' NOTICE OF SETTLEMENT, AND REQUEST FOR 60 DAYS TO FINALIZE SAME

Plaintiffs and Defendants Limestone University, Brenda F. Watkins, and Sharon Hammonds have reached a settlement of the Plaintiffs' claims in this action against these Defendants.[1] These parties are in the process of exchanging for purposes of approving and executing the settlement documents.

Accordingly, Plaintiff would respectfully request pursuant to Rule 60, that this action is hereby dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party reserves the right to petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. In the alternative, to the extent permitted by law, the parties would request the right to within sixty (60) days of entry of an order of

---

[1] As per Docket Entry No. 94, Plaintiffs previously reached a settlement with Defendant MGFreesites, Ltd., d/b/a pornhub.com. The only remaining claims in the case would be against Defendant Collins Murphy.

dismissal without prejudice in this case to petition the Court to enforce their settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

The parties request the Court retain jurisdiction to enforce any settlement agreement reached between the parties. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381- 82 (1994).

        **Respectfully Submitted,**

**WESLEY D. FEW, LLC**
___/s/Wesley D. Few/_____
Wesley D. Few, S.C. Bar No. 15565
P.O. Box 9398
Greenville, South Carolina 29604
864-527-5906 | wes@wesleyfew.com

**H. COOPER ELLENBERG**
Attorney at Law
H. Cooper Ellenberg1
1401 Doug Baker Blvd., Suite 107 492
Birmingham, Alabama 35242
(205) 908-1790 | cooper.ellenberg@gmail.com

**OBY T. ROGERS, PLLC**
Attorney at Law
Oby T. Rogers
Post Office Box 700
Collins, Mississippi 39428
(601) 765-1000 | ObyT1000@aol.com

ATTORNEYS FOR PLAINTIFFS JANE DOE 1, JANE DOE 2, JOHN DOE 1 AND JOHN DOE 2

Greenville, South Carolina
April 20, 2024